## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:07CR96 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | TENTATIVE FINDINGS |
| | ) | |
| RAFAEL RANGEL-VILLALON, | ) | |
| | ) | |
| Defendant. | ) | |

The Court has received the expedited Presentence Investigation Report ("PSR") in this case.  Although due to the expedited nature of this case, an Order on Sentencing Schedule setting a deadline for objections to the PSR has not been filed, the parties have not objected to the PSR.  The Court advises the parties that these Tentative Findings are issued with the understanding that, pursuant to *United States v. Booker,* 2005 WL 50108 (U.S. Jan. 12, 2005), the sentencing guidelines are advisory.

IT IS ORDERED:

1.      The parties are notified that my tentative findings are that the PSR is correct in all respects;

2.      If **any** party wishes to challenge these tentative findings, the party shall do so at the sentencing hearing on April 16, 2007;

3.      Absent objection on or before April 16, 2007, at the sentencing hearing, my tentative findings may become final; and

4.      Unless otherwise ordered, any motion challenging these tentative findings shall be resolved at sentencing.

DATED this 13th day of April, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge